UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA ALEXANDRIA, on behalf of herself
and all others similarly situated,

                      Plaintiff,

        -against-

FLAG & ANTHEM, LLC,

                      Defendant.

Case No. 1:25-cv-09009 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's answer deadline was December 29, 2025.  *See* Dkt. 8.  Defendant did not meet its deadline.  As a courtesy, Defendant's deadline to answer or otherwise respond to the complaint shall be extended to **January 16, 2026**.  Defendant is warned that continued failure to respond to the complaint may result in the entry of default judgment against it.

The Court also reminds the parties of their obligation to meet and confer for at least one hour by **January 7, 2026**, in a good-faith attempt to settle this action, and to submit a joint letter informing the Court of the parties' settlement status within **15 days thereafter**.  *See* Dkt. 5.

Dated: December 30, 2025
       New York, New York

                               SO ORDERED.

                                   *Jennifer Rochon*

                                  JENNIFER L. ROCHON
                                  United States District Judge